# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINY MARIE SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01246-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

　　　　On May 26, 2021, a stipulation was filed for an extension of time for Defendant to file a response to Plaintiff's opening brief.

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant's response to Plaintiff's opening brief shall be filed on or before **July 19, 2021;** and

　　　　2.　　Plaintiff's reply, if any, shall be filed on or before **August 3, 2021.**

IT IS SO ORDERED.

Dated: __**May 27, 2021**__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1